UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

    Plaintiff,

v.

JOANNE DELGADO,

    Defendant.

Case No. 20-cv-00792-PJH

**ORDER ADOPTING MAGISTRATE JUDGE HIXSON'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 8

    The court has reviewed Magistrate Judge Hixson's Report and Recommendation regarding this action, Dkt. 8, as well as plaintiff's objections to the report, Dkt. 11. The court finds the report correct, well-reasoned, and thorough.

    After plaintiff failed to file a complaint when initiating this action, Dkt. 1, Magistrate Judge Hixson allowed plaintiff the opportunity to do so, Dkt. 5. Plaintiff declined. Dkt. 6. Accordingly, the court adopts the report in full and **DISMISSES** this action **WITH PREJUDICE**. As an incident to such dismissal, the court **TERMINATES** plaintiff's "motion to transfer" (Dkt. 1).

    **IT IS SO ORDERED.**

Dated: April 17, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge