UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

    Plaintiff,

v.

JOANNE DELGADO,

    Defendant.

Case No. 20-cv-00792-PJH

**JUDGMENT**

The court having dismissed this case,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 17, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge